**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Martin GOMEZ, Defendant—Appellant.**

No. 01–50700.
D.C. No. CR–00–00012–VAP.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Martin Gomez appeals his conviction by guilty plea and sentence for being an illegal alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)(A). Gomez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that counsel failed to discover any arguable issues on appeal. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. Counsel's motion to withdraw is therefore GRANTED and the judgment is

**AFFIRMED.**

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

